UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61333-CIV-DIMITROULEAS/SNOW

GWENDOLYN WARE,

    Plaintiff,

v.

SHOWGIRLS, INC. CABARET and
LEONARD DEL PERCIO,

    Defendants.

_____/

## **REQUEST FOR CLERK TO APPOINT MEDIATOR**

The Plaintiff, GWENDOLYN WARE, by and through her undersigned counsel, hereby gives notice that the parties have not been able to agree on a mediator and hereby request that the Clerk appoint a mediator for this matter.

Dated: January 24, 2013

                            Respectfully Submitted,

                            **LAW OFFICES OF CHARLES EISS, P.L.**
                            Attorneys for Plaintiff
                            8211 W. Broward Blvd., Suite 360
                            Plantation, Florida 33324
                            (954) 812-9513 (Telephone)
                            (954) 473-4907 (Facsimile)

        By:        s/ Lindsay Marie Timari
                CHARLES EISS, Esquire (FBN: 612073)
                Icelaw21@aol.com
                LINDSAY M. TIMARI, Esquire (FBN: 92098)
                ltimari@yahoo.com

**CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of January, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                             s/ Lindsay Marie Timari  
                                                                             LINDSAY MARIE TIMARI

SERVICE LIST

*GWENDOLYN WARE. V. SHOWGIRLS, INC. ET. AL.*
*CASE NO.:* 12-61333-CIV-DIMITROULEAS/SNOW
United States District Court
Southern District of Florida

Charles Eiss, Esq.
Icelaw21@aol.com
Lindsay M. Timari, Esq.
ltimari@yahoo.com
Law Offices of Charles Eiss, P.L.
8211 W. Broward Blvd., Suite 360
Plantation, FL 33324
(954) 812-9513 (Telephone)
(954) 473-4907 (Facsimile)
Counsel for Plaintiff

*Method of Service*: Notice of Electronic Filing

Lowell Kuvin, Esq.
Law Office of Lowell J. Kuvin, P.A.
17 E. Flagler Street
Suite 223
Miami, FL 33131
(305) 358-6800 (Telephone)
(305) 358-6808 (Facsimile)
Email: lowell@kuvinlaw.com
Counsel for Defendants

*Method of Service*: Notice of Electronic Filing