UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61333-CIV-DIMITROULEAS/SNOW

GWENDOLYN WARE,

    Plaintiff,

v.

SHOWGIRLS, INC. CABARET and
LEONARD DEL PERCIO,

    Defendants.

_____/

## AFFIDAVIT OF GWENDOLYN WARE

1. My name is Gwendolyn Ware. I am the Plaintiff in this matter and I have personal knowledge of the facts stated herein.

2. I was employed by Showgirls from December 2010 through November 2011 as a cook.

3. When I was first hired, I was paid in cash and was not asked to clock in or out.

4. In approximately February 2011, I was placed on the books, began to receive checks and was instructed on the use of the clock system.

5. For most of the time from about February 2011 until September 2011, the other cooks working with me were Nestor and Efran. In September or possibly October, another person was hired to assist with the cooking, but I still worked extra shifts for Nestor or the new guy weekly.

Pl. Resp. Mtn. Summ. J.
Exhibit 1

6. My primary responsibility was to work the day shift while Efran only worked nights. Nestor worked primarily nights, but was also supposed to cover for me during the day on my days off.

7. Efran had transportation or other issues getting to work and was transferred to Showgirls' other location closer to his home. While he was working at the location where I was employed, Efran frequently missed shifts and I was expected to cover for him which I did.

8. Nestor also missed a lot of shifts, and I also covered for him, approximately twice a week on average.

9. I frequently worked both day and evening shifts on the same day, especially because once Efran transferred to the other location, only Nestor and I were left as the cooks.

10. There were 14 total shifts every week. While Efran was working at my location, I estimate that I usually worked 6 to 8 or 9 shifts per week. Once it was only Nestor and myself, I estimate that I worked between 7 to 10 shifts per week.

11. In March 2011, I worked 21 consecutive days which led to my being hospitalized from exhaustion.

12. My instructions were to clock in and clock out for every day shift, which I did. However, I was generally instructed not to clock back in for the evening shifts.

13. I was also responsible for cleaning the kitchen after my shift, a task which took up to two hours, and I frequently was instructed to do so after clocking out. The business had no dishwasher and the dishes all had to be cleaned by hand.

14. The kitchen was always open from when the place opened about 11 a.m. until closing which was often as late as 2 or 3 a.m.

15. For about 3 or 4 months, I was asked to wash the linen from Showgirls which usually consisted of eight loads of laundry and took me approximately 4 hours to complete. I do not own a washer or dryer and had to use the small amount of money supplied to pay for coin operated machines and detergent.

16. Once the linens were washed, I was also generally responsible for folding them as well.

17. I complained weekly or more often to my supervisors that my checks were not covering much of my time and especially most of my overtime, but although I was frequently promised the pay would get corrected, it never happened.

18. I kept working despite the shortages in virtually every paycheck because I needed the job and the money I did receive.

Dated this the 1st day of August, 2013.

FURTHER THE AFFIANT SAYETH NOT.

_Gwendolyn Ware_
GWENDOLYN WARE

STATE OF FLORIDA    )
COUNTY OF Broward   ) ss:

I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, GWENDOLYN WARE, who has

(*H*) _X_ produced identification or _____ is personally known to me and who executed the foregoing Affidavit and she acknowledged before me that she executed the same freely and voluntarily and for the purposes therein expressed.

**SWORN TO AND SUBSCRIBED** before me in the County and State last aforesaid on this 1st day of August, 2013.

_____
NOTARY PUBLIC, State of Florida

Printed Name: _Danurys Dominguez Garcia_

My Commission Expires:

DANURYS DOMINGUEZ GARCIA
Notary Public - State of Florida
My Comm. Expires Jun 12, 2017
Commission # FF 26829

_____ Personally Known

_X_ Produced identification

Type of identification _Driver license_