UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61333-CIV-DIMITROULEAS/SNOW

GWENDOLYN WARE,

    Plaintiff,

vs.

SHOWGIRLS INC. CABARET and
LEONARD DEL PERCIO,

    Defendants.
_____/

**FINAL JUDGMENT AGAINST DEFENDANT**

THIS CAUSE is before the Court upon Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (the "Notice") [DE 54], filed herein on September 25, 2013.   The Court has carefully considered the Notice, the Offer [DE 54-1], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Judgment is hereby entered in favor of Plaintiff, Gwendolyn Ware, and against Defendant, Showgirls Inc. Cabaret and Leonard Del Percio, in the amount of $15,010.00.

2) The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3) The Court shall retain jurisdiction to determine the amount of attorneys' fees and costs;

4) The parties may file any motion for fees and costs on or before October 4, 2013;

5) The Clerk shall **DENY** any currently pending motions as **MOOT**; and

5) The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of September, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record